(May 29, 1922.)

STATE, Respondent, v. JOE ORBEA, Appellant.

[207 Pac. 1116.]

APPEAL from the District Court of the Fourth Judicial District, for Lincoln County. Hon. H. F. Ensign, Judge.

Defendant was convicted of being a persistent violator of the prohibition laws and appealed. Motion to affirm judgment. *Granted.*

Perky & Brinck and C. O. Stockslager, for Appellant.

Roy L. Black, Attorney General, and Paul S. Haddock, Prosecuting Attorney, for Respondent.

McCARTHY, J.—The case having been set for hearing, appellant submitted no brief, or statement of points and authorities, and was not represented. The Attorney General, representing respondent, appeared and moved that the judgment be affirmed. The motion is sustained. (Rule 48; *Ellsworth v. Hill,* 34 Ida. 359, 200 Pac. 1067.)

Accordingly the judgment is affirmed.

Rice, C. J., and Budge, Dunn, and Lee, JJ., concur.